THIS OPINION HAS NO 
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY 
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Jim D. Conyers,       
Appellant.
 
 
 

Appeal From Horry County
John L. Breeden, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-179
Submitted January 29, 2004  Filed March 
 17, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor J. Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  Jim D. Conyers pled 
 guilty to voluntary manslaughter and assault and battery with intent to kill 
 and was sentenced to seventeen years imprisonment for voluntary manslaughter 
 and fifteen years imprisonment for assault and battery with intent to kill, 
 the sentences to run concurrently.  Pursuant to Anders v. California, 
 386 U.S. 738 (1967), Conyers counsel attached a petition to be relieved.  Conyers 
 did not file a pro se response.
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Conyers appeal and grant counsels petition 
 to be relieved.
 APPEAL DISMISSED. 
 [1] 
GOOLSBY, HOWARD, and KITTREDGE, JJ., concurring.

 
 
 [1] Because oral argument would not aid the Court in resolving any issue 
 on appeal, we decide this case without oral argument pursuant to Rule 215 
 and 220(b)(2), SCACR.